**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ERIKA LEIFER, SAUL JACOBS, HELENE WENZEL, WILLIAM WILDHACK, JR., SAMUEL KIER, PAMELA KIER, ALLAN RODBERG, RICHARD LITTLE, SHARON ROBERTSON, MARSHA MERRILL, LARRY HUBER, MARIANNE BROWN, LOWELL RAUCH, KATHY RAUCH, SHIRLEY NOCHOMOVITZ, JEROME SKOCHIN, SUSAN SKOCHIN, DONALD HALCOM and JUDITH HALCOM, individually, and on behalf of all others similarly situated, | Case No. 3:16-cv-1008-JAG |
| *Plaintiffs*, | **ORAL ARGUMENT REQUESTED** |
| v. | |
| GENWORTH FINANCIAL, INC., GENWORTH LIFE INSURANCE COMPANY, GENWORTH LIFE INSURANCE COMPANY OF NEW YORK, MICHAEL D. FRAZIER, THOMAS J. MCINERNEY, PATRICK B. KELLEHER, and MARTIN P. KLEIN, | |
| *Defendants*. | |

**MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Genworth Financial, Inc., Genworth Life Insurance Company, Genworth Life Insurance Company of New York, Michael D. Frazier, Thomas J. McInerney, Patrick B. Kelleher, and Martin P. Klein, by counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully move to dismiss the Amended Complaint in its entirety for lack of subject matter jurisdiction (due to a lack of standing) and for failure to state a claim upon which relief can be granted.

The reasons in support of this Motion to Dismiss are set forth in the accompanying Memorandum of Law in Support of Motion to Dismiss the Amended Complaint, the

accompanying Declarations of Gary Meyerhoff and Michael M. Lanterman with attached exhibits, and the pleadings and papers on file with this Court in the above-captioned matter.

**Defendants respectfully request a hearing on their Motion to Dismiss.**

Dated: May 22, 2017                                    Respectfully submitted,

*/s/ Brian E. Pumphrey*
Brian E. Pumphrey (VSB. No. 47312)
Steven G. Popps (VSB No. 80817)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Tele: (804) 775-7745
Fax: (804) 698-2018
bpumphrey@mcguirewoods.com
spopps@mcguirewoods.com

*/s/ Reid L. Ashinoff*
Reid L. Ashinoff (admitted pro hac vice)
Gary Meyerhoff (admitted pro hac vice)
Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020
Tele: (212) 768-6730
Fax:  (212) 768-6800
reid.ashinoff@dentons.com
gary.meyerhoff@dentons.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of May, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

/s/ Brian E. Pumphrey
Brian E. Pumphrey (VSB. No. 47312)
Steven G. Popps (VSB No. 80817)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Tele: (804) 775-7745
Fax: (804) 698-2018
bpumphrey@mcguirewoods.com
spopps@mcguirewoods.com


/s/ Reid L. Ashinoff
Reid L. Ashinoff (admitted pro hac vice)
Gary Meyerhoff (admitted pro hac vice)
Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020
Tele: (212) 768-6730
Fax:  (212) 768-6800
reid.ashinoff@dentons.com
gary.meyerhoff@dentons.com

*Counsel for Defendants*