**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| ERIKA LEIFER, SAUL JACOBS, HELENE WENZEL, WILLIAM WILDHACK, JR., SAMUEL KIER, PAMELA KIER, ALLAN RODBERG, RICHARD LITTLE, SHARON ROBERTSON, MARSHA MERRILL, LARRY HUBER, MARIANNE BROWN, LOWELL RAUCH, KATHY RAUCH, SHIRLEY NOCHOMOVITZ, JEROME SKOCHIN, SUSAN SKOCHIN, DONALD HALCOM and JUDITH HALCOM, individually, and on behalf of all others similarly situated,<br><br>      *Plaintiffs,*<br><br>v.<br><br>GENWORTH FINANCIAL, INC., GENWORTH LIFE INSURANCE COMPANY, GENWORTH LIFE INSURANCE COMPANY OF NEW YORK, MICHAEL D. FRAZIER, THOMAS J. MCINERNEY, PATRICK B. KELLEHER, and MARTIN P. KLEIN,<br><br>      *Defendants.* | Case No. 3:16-cv-1008-JAG<br><br><br><br>**SO ORDERED**<br><br>6/26/17  /s/  _____<br>John A. Gibney, Jr.<br>United States District Judge |

**NOTICE OF WITHDRAWAL OF FIRST AMENDED CLASS ACTION COMPLAINT
AND OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AGAINST ALL DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs in the

above-captioned action withdraw their First Amended Class Action Complaint and all allegations

and claims asserted therein, and voluntarily dismiss this case without prejudice against all

Defendants, who have yet to file an answer or a motion for summary judgment.  All parties to bear their own costs and attorneys' fees.

Dated:  June 20, 2017                                        Respectfully submitted,


                                                            _/s/   Andrew J. Guzzo_____
                                                            Kristi C. Kelly, Esq. VSB #72791
                                                            Andrew J. Guzzo, Esq. VSB # 82170
                                                            KELLY & CRANDALL, PLC
                                                            3925 Chain Bridge Road, Suite 202
                                                            Fairfax, Virginia 22030
                                                            Telephone: (703) 424-7576
                                                            Facsimile:  (703) 591-0167
                                                            E-mail: kkelly@kellyandcrandall.com
                                                            E-mail:  aguzzo@kellyandcrandall.com

                                                            *Interim Liaison Counsel for Plaintiffs*

                                                            BERGER & MONTAGUE, P.C.
                                                            Shanon J. Carson
                                                            Glen L. Abramson
                                                            Peter R. Kahana
                                                            Lane L. Vines
                                                            Patrick F. Madden
                                                            Y. Michael Twersky
                                                            1622 Locust Street
                                                            Philadelphia, PA  19103
                                                            Tel.:  (215) 875-3000
                                                            Fax:  (215) 875-4604
                                                            scarson@bm.net
                                                            gabramson@bm.net
                                                            pkhana@bm.net
                                                            lvines@bm.net
                                                            pmadden@bm.net
                                                            mitwersky@bm.net

                                                            GOLDMAN SCARLATO & PENNY, P.C.
                                                            Brian D. Penny
                                                            Paul J. Scarlato
                                                            161 Washington Ave, Suite 1025
                                                            Conshohocken, PA  19428
                                                            Tel.:  (484) 342-0700
                                                            Fax:  (484) 580-8747

penny@lawgsp.com
scarlato@lawgsp.com

*Interim Co-Lead Counsel for Plaintiffs*

BARRACK RODOS & BACINE
Stephen R. Basser
One America Plaza
600 West Broadway, Suite 900
San Diego, CA  92101
Tel.: (619) 230-0800
Fax:  (619) 230-1874
sbasser@barrack.com

BONNETT, FAIRBOURN, FRIEDMAN
AND BALINT, P.C.
Andrew Steven Friedman
Francis J. Balint, Jr.
2325 E. Camelback Rd. Ste. 300
Phoenix, AZ  85016
Tel.:  (602) 274-1100
Fax:  (602) 274-1199
fbalint@bffb.com
afriedman@bffb.com

EDELSON & ASSOCIATES, LLC
Marc H. Edelson
3 Terry Drive, Suite 205
Newtown, PA  18940
Tel.: (215) 867-2399
Fax:  (267) 685-0676
medelson@edelson-law.com

*Plaintiffs' Steering Committee*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 20th day of June, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/

Andrew J. Guzzo, Esq. VSB # 82170
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-0167
E-mail: aguzzo@kellyandcrandall.com
*Counsel for Plaintiffs*